October 20, 2017

RECEIVED

OCT 20 2017

EDNY PRO SE OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

Pro Se litigant

KEYSEAN L KEYES
PO BOX 582 Hempstead
NY 11550

Complaint for Violation of Civil Rights
(Non-Prisoner Complaint)

CV-17 6129

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 1550 N 15 2015

*(to be filled in by the Clerk's Office)*

Jury Trial:  ☑ Yes   ☐ No
*(check one)*

AZRACK, J.

LOCKE, M. J.

-against-

Nassau County Police Headquarters
Chief of Police, 1490
FRANKLIN Avenue 11501

Chief of police
3rd precinct police officer
Scott # Badge 2495
Police officer Badge #
3568
police officer Badge #
2272

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   OCT 20 2017   ★

LONG ISLAND OFFICE
1 of 1

*October 20, 2017*

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach
additional pages if needed.

Name — *Keysean L Keyes*
Street Address — *PO Box 582 Hempstead*
City and County
State and Zip Code — *NY 11550*
Telephone Number — *(516) 418-1776*
E-mail Address — *Keysean Keyes @ Gmail.com*

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint,
whether the defendant is an individual, a government agency, an organization, or
a corporation.  For an individual defendant, include the person's job or title (if
known) and check whether you are bringing this complaint against them in their
individual capacity or official capacity, or both.  Attach additional pages if
needed.

Defendant No. 1
Name
Job or Title (if known)
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address (if known)

*Chief of police, Nassau County police Head quarters And police officer Scott Badge # 2495 3rd precinct East Willington Avenue police officer Scott Badge # 2495 And police officer Unknown Name Badge # 2272. Unknown police officer Name Badge #3568*

*2 of 2*

*October 20, 2017*

**Defendant No. 2**

Name — Chief of Police

Job or Title
(if known) — Police officer

Street Address — 1490 Franklin Avenue

City and County — Mineola NY 11501

State and Zip Code —

Telephone Number — N/A

E-mail Address
(if known) — N/A

**Defendant No. 3**

Name — Police officer Scott Badge

Job or Title
(if known) — # 2495 police officer.

Street Address — work out of 3rd precinct.

City and County — work post @ 60 Charles

State and Zip Code — Lindberg in (Mineola

Telephone Number — New York 11554.

E-mail Address
(if known) — N/A.

**Defendant No. 4**

Name — Unknown name, I observed

Job or Title
(if known) — no name displayed - No

Street Address — name plate, I observed

City and County — Badge # 3568, 1490

State and Zip Code — Franklin Avenue

Telephone Number — Mineola NY 11501

E-mail Address
(if known) — N/A.

3

3 of 3

*October 20, 2017*

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☑ State or local officials (a § 1983 claim)

☐ Federal officials (a *Bivens* claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*The above defendants have violated the law And have failed to enforce the law.*

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

*The police, Nassau County, police officers do not Obey the law, nor do they enforce the law, violating the U.S Constitution law.*

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*Therefore, as a result, the police officers promote and participate in being racist with the motive to cause harm to me a black woman. The police officer's with intent have agreed with the Judge and Attorneys of the Court to stray away from law.*

*October 20, 2017*

## III.   Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.   Where did the events giving rise to your claim(s) occur?

The police officers in Nassau County have refused to protect and serve me putting my safety in danger as a homeless person.

B.   What date and approximate time did the events giving rise to your claim(s) occur?

Since May 14, 2014 to Dec 7, 2014
Since January 4, 2015 to July 10, 2015
Since July 11, 2015 to Feb 2, 2017

C.   What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what?  Was anyone else involved?  Who else saw what happened?)*

I have been Racially Abuse by white people, in the town of Consdale, at 60 charles Lindberg Consdale New york. At the department of Social Services, I have been called names, "A piece of shit by the employee's at DSS, I been accused falsely by the workers Jamie. I been told I cannot get shelter for poor but in any housing. I was denied shelter, I also been told that I Cannot receive public assistance by the social worker O. Mehikhare, Jamie, Neil and other workers since the above dates. Police officer Scott is responsible

for the abuse which I have receive. at the department of social services, police officer Scott on September 22, 2017 along with many other date's es carted me out of social services for no reason, when the officer was aware and observed that I needed Shelter. The officer observed me carring a huge large amount of bags, and instead of assist me the officer decided to abuse me racially, and be racist for me being black the officer stated" that I had no value, and that I will keep coming back. All the times that I applied for welfare benefits and shelter, police officer Scott was the police officer who put me out in the street and did not protect me but put me in abuse. of possibly being hurt harm or killed in the street. The officer, police officer does not have any sympathy nor care not passion for people, black people.

5 of 5

*October 20, 2017.*

## IV.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and
state what medical treatment, if any, you required and did or did not receive.

I have been put in the street
And the police officer's chief
of the nassau county police
headquarters have agreed to
the slavery abuse, depriving
me and taking my freedom of
shelter housing away in order
to cause and action of abuse.
due to the police officer's being aware
that they have disobeyed the law it

## V.   Relief

State briefly what you want the court to do for you.   Make no legal arguments. Do not
cite any cases or statutes.   If requesting money damages, include the amounts of any
actual damages and/or punitive damages claimed for the acts alleged.   Explain the basis
for these claims.

They can become violent or will
it is why they do not help
me to get shelter and have
agreed with dss banker is not
to help me. I have contacted
dss after hour service hot line
at the _____ And I have been denied
shelter since feb 2, 2017 to Oct
10, 2017.

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my
knowledge, information, and belief that this complaint: (1) is not being presented for an
improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the
cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for
extending, modifying, or reversing existing law; (3) the factual contentions have
evidentiary support or, if specifically so identified, will likely have evidentiary support
after a reasonable opportunity for further investigation or discovery; and (4) the
complaint otherwise complies with the requirements of Rule 11.

6 of 6.

As a result, of not receiving housing I am put in danger, in the street. Any predators, perps can attack, me or even kill with the intent too, knowing I am homeless. On September, 22, 2017, Police officer Badge #3568, did not help me, nor did the police officer give me a refferal to a shelter. The police officer, as I was keeping warm inside a dwelling ask me to leave the building with no signs posted. The police officer failed to protect me and instead hut leave the area. On Sep 10, 2017 at 4:30am I went to the Theodore Roosevelt executive building to speak to someone in the Legistative office, and police officer unknown did not have a name plate, however I observed Badge # 2272, stated no one will see me. Due to being black, the police officers in Mineola Newyork and East williamston refuse to help me and have deprived me Shelter.

*October 20, 2017*

**A.**   **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing *October 20*, 20*17*

Signature of Plaintiff *Keysean L Keyes*

Printed Name of Plaintiff *Keysean L Keyes*

*7 of 7*

8 of 8

On July 10, 2015, at 10:55 Am, I Keysean L Keyes was abused by white Court Officer's Kerri Schemmer and William hess who is a U.S. Supreme Court Officer's at 100 Supreme Court dr., The above Court Officer's violated me, law, within the 13th Amendment, when both Officer's entered the bathroom and Yelled leave the law library" without reason, both officer's promoted, And participated in racist evil intentions to cause, and be and master and insist to want to own, Court officer Kerri Schemmer, this is not her first time in being abusive towards black, people on July 9, 2015, Kerri Schemmer

approached me inside the law library for no reason following me around in the law library for me being black, the Court Officer ask me to leave for no reason, in which I filed a Summon's of complaint against his officer. For Court officer's violated, the, 13th Amendment law, and with intent participate in against degrading force to carry out, and promote evil actions. Due to the Court officer's violated the law, on the base of having the power as a Court Officer, abuse and abriged the law which guarantee my right to have freedom to be not separated from people.

when the law is violated by any person's or people whether they are on the outside, or inside, working inside the court. Meanwhile, the judge's who I made my complaints to during May 2014, into Jan 2015, July 2015, and near Feb, 2, 2017, to now Oct 20, 2017 have failed to support or even investigate my complaints about losing my freedom and being homeless. It appear that the police officers are responsible, along with Internal Investigator's for being a racist and promote racist by leaving black people on the street, by abandoning black people taking away there freedom to have a home and even a job. Stated you do not have a right to speak in this Court Room!!

During this time when I was racially
abuse by both officer's, I already was
living on the street for 1 year and 6
month's and the Nassau county
police officer's did not help me
nor did they take me off the
street. I was left on the street
for 1 year and 6 month's, However,
I made Numeras complaint to
The Supreme Court, Judge's at the
V.S. Supreme court and no one did
noting to resolve the matter, I
was in being homeless. The Nassau
County police Headquater's the
Chief of police is Responsible
along with the District attorney,
in which I filed my complaints
are to Investigate and be aware

Internal Affairs and the chief of police
do not follow the law, nor do the
District Attorney or even the defense
attorney. This They are put in
or hired into these position of power
to cause hurt, harm, destruction
to the community of black people,
to put black people as myself
into slavery. The Nassau County police
does not have the law to support
them, and have went against
the law when I was abuse by
police officer, Scott called names,
at DSS "Scott Stated" you have
no "value" leave. On Oct 10, 2017
when Judge Christopher Quinn,
"Stated you do not have a right
to speak in this court room!"

The court officer #3288 was informed, Thus as other court officer's watched the abuse On Sep 4, 2017, when I was approached by Badge #3568, and not giving ~~a referral~~ ~~plate~~ for having. The police are to enforce the law, court officer's correction officer etc. In My Indictment (55711 15-2015 - The chief of police failed to follow throw with any Complaints made against Judge Meryl Berkowitz, Donabel Quim, Judge frozer, David Sussman, Madelay Singas, warren Turner etc. The Police department in Nassau County, is aware that the law have been

Meanwhile, No one is against the law, every Judge, Attorney, Police officer, Investigators, Court officer's, Correction officer's are to enforce the law, but the police have not done this in my indictment 1557N15-2015. The police is aware that the judge strayed and the attorney away from the law and therefore have agreed with the defendants to break the law, to become a lawbreaker as well, Along with Court officer's, Court officer's on Oct 10, 2015 at 11:30 am, observed and heard Christopher Quinn state, to me "you do not have the right to think, because there is all white

Court officer's Court, Clerk inside
the court room, the judge will with
intent commit crime to make a
illegal decision in order not to
be or go unnoticed. I am filing a
lawsuit against Nassau County
police officers, and the chief
of police, along with Scott Badge
#2495, 3598, 2272, for failing
to protect me from the judge
and attorney who is committing
crime by violating the law. There
fore I report this, there behavior
to police headquarter in 1490
Franklin Street in Mineola ny 11801

The Chief of police is responsible for Investigations, and ALL when a judge violate the law. However, the chief of police, the police officer's at the 3rd precinct have agreed to be racist to me as a black person to take away my freedom inside the jail, outside the jail and inside the court room. Due to the judge, attorney, police officer's district Attorney being aware that they do not follow the law I become a Threat to them, and therefore they will with intent carry out Criminal behavior, Therefore I report to the

assigned to this case. Slavery was

abolished 1865, therefore, no person is

to be treated with the abuse of slavery.

I am a victim of slavery, the police

will not help me and are agreeing

to keep me in the street with the

intent to cause harm or death.

On Sep 4, 2017, police officer Scott,

to me to leave DSS and do not

return to the Building. Base solely

on racist, actions of abuse on having

me complaining bags and live on the

Street I hereby file a lawsuit against

The Nassau County police department 19 of 19. went for failing to abide obey by the laws, The 8n Amendment laws which gives me a right to be free, which I am to have housing shelter, in which the police officer is to carry out a duty to see that I reached shelter. Due to the police being aware that the judge and Attorney violated the law have decided to agree and prosecute me in slavery by not helping me get housing or even a shelter. Slavery was abolished

and the law is to be abide by
in order for me a black woman
to be free of any abuse, however
the police have decided to participate
in abuse ~~persons~~ by not obeying the
law in order for black people
not to get ahead, or to keep
them ~~into~~ into losing there freedom at
harsh and punishable fine. I
was put in jail for 1 year and
three money without ~~having~~ a
criminal ~~record~~ record. The police
the Nassau County police have
decided to be racist and
agreed with supreme court and county
court to continue in racism

make our decisions. I will provide

all facts and evidence and statutes

within this case. Therefore, I ask the

Judge appointed to grant this

Action filed against Nassau County police=

I ask for the internal affairs to take

action and bring action against the

The following persons who are racist,

Chief of police Nassau County, 3rd precint

P.O. Scott Bondsc # 349, P.O. Officer 3560r

Police officer who works in executive

building Bradly # 2877. Judge I ask that

you grant this federal court action

against the above defendants for

violating the law.

My next court date is November 21, 2017, I have lost my freedman, no where to live, no attorney, no black attorney, No welfare, no protectin from the police. Due to all Circumstances and facts and evidence, I Keyscan L Kyes hereby is filin a lawsuit against the nassau county police, for taking away my freedom of being placed in a home, and for not taking Action immediately when they observed me in the Street, The nassau County Police does not obey the law but make